IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |  |
|---|---|---|
| RUDY ESTRADA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 321-078 |
| | ) | |
| STACEY N. STONE, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

On April 25, 2022, the Court ordered Respondent to supplement the record to clarify whether Petitioner received state credit for the periods in question. The deadline for Respondent to do so has passed, however, Respondent has not made any filing. The Court **ORDERS** Respondent to comply with or respond to the Court's April 25th Order on or before June 3, 2022.

SO ORDERED this 26th day of May, 2022, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA