IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2022 AUG 29 P 3: 08

CLERK_____
SO. DIST. OF GA.

RUDY ESTRADA, )
)
    Petitioner, )
)
v. )    CV 321-078
)
STACEY N. STONE, Warden, )
)
    Respondent. )

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** the motion to dismiss, (doc. no. 7), **DISMISSES** the petition filed pursuant to 28 U.S.C. § 2241, **CLOSES** this civil action, and **DIRECTS** the **CLERK** to enter an appropriate judgment of dismissal.

SO ORDERED this _____ day of _____, 2022, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE